NOT FOR PUBLICATION

FILED

MAR 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YUERU DENG,<br><br>              Petitioner,<br><br>    v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>              Respondent. | No. 13-71871<br><br>Agency No. A047-864-767<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 17, 2015[**]

Before:     O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

    Yueru Deng, a native and citizen of China, petitions for review of the Board

of Immigration Appeals' order dismissing his appeal from an immigration judge's

order finding Deng removable and denying his application under 8 U.S.C.

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1186a(c)(4)(B) for waiver of the joint filing requirement to remove the conditional basis of his lawful permanent resident status. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's denial of a waiver under 8 U.S.C. § 1186a(c)(4)(B). *Damon v. Ashcroft*, 360 F.3d 1084, 1087 (9th Cir. 2004). We deny the petition for review.

Substantial evidence supports the agency's denial of Deng's application for waiver under 8 U.S.C. § 1186a(c)(4)(B), where Deng did not meet his burden of demonstrating that he entered into his marriage to his former United States citizen spouse in good faith. *See* 8 U.S.C. § 1186a(c)(4)(to establish eligibility for this waiver, the alien must demonstrate that "the qualifying marriage was entered into in good faith by the alien spouse").

Deng's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**